**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMADEO MONGE PORTILLO, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SZECHUAN HOUSE, LLC, et al.<br><br>    Defendants. | Case No. 1:16-cv-00575-JEB |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs.

Date: August 24, 2016

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/Edgar Ndjatou
Edgar Ndjatou, #18107
MCCREE NDJATOU, PLLC
1828 L Street NW
Suite 600
Washington, DC 20036
Phone: (202) 290-3724
Fax: (202) 370-7173
endjatou@mnlawyerspllc.com

/s/Victoria Walker
Victoria Walker, VSB #88891
LAW OFFICE OF VICTORIA WALKER
1400 Key Blvd.
Suite 100
Arlington, VA 22209
Phone: (202) 813-9255
victoria@vwalkerlaw.com

*Counsel for Defendants*